UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**AARON DANIEL WIESENBERG,**

      **Petitioner,**

v.                                                           Case No. 6:23-cv-865-CEM-EJK

**SECRETARY, DEPARTMENT OF CORRECTIONS,**

      **Respondent.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Petition for Removal Ostensibly 28 U.S.C. § 2241 ("Petition," Doc. 1) filed by Petitioner Aaron Daniel Wiesenberg. The Petition was signed by Debra-Annette: Hirsch, who is described as Petitioner's "next friend." (Doc. 1 at 1). Mr. Wiesenberg did not sign the Petition.

Ms. Hirsch is not a member of the United States District Court, Middle District of Florida bar, and, therefore, she is unable to appear for or represent parties in this Court. If Petitioner chooses to file a petition for writ of habeas corpus (or any other type of petition or complaint), he must be represented by a lawyer who is a member of this Court or he must proceed *pro se*. *See* Local Rule 2.02.

As a result, this case will be dismissed without prejudice to give Petitioner the opportunity to properly file a petition for writ of habeas corpus. He must submit the

petition for writ of habeas on the appropriate federal habeas corpus form. If Petitioner chooses to file a new case, he should not place this case number on the form(s), as the Clerk of the Court will assign a separate case number.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED without prejudice**.
2. The Clerk of the Court is directed to close this case.
3. Petitioner's Motion to Proceed *In Forma Pauperis* (Doc. 2) is **DENIED**.
4. Petitioner's Emergency Motion for Court to Review Habeas Corpus (Doc. 3) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on May 15, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Aaron Daniel Wiesenberg